(122 So. 926)

**Johnnie WILLIAMS v. Warren F. BURCH, Chief of Police, etc.   (I Div. 887.)**

Court of Appeals of Alabama.   May 29, 1929.

BRICKEN, P. J.   Appeal dismissed, on motion of appellant

---

(125 So. 927)

**Will WILLIAMS v. CITY OF BIRMINGHAM. (6 Div. 600.)**

Court of Appeals of Alabama.   Dec. 10, 1929.

RICE, J.   Affirmed.

---

(122 So. 926)

**B. D. WILLIAMS v. W. C. MUCKLEROY. (6 Div. 492.)**

Court of Appeals of Alabama.   May 23, 1929.

PER CURIAM.   Appeal dismissed, for want of prosecution.

---

(122 So. 927)

**Cute WILLIAMS v. STATE.   (5 Div. 756.)**

Court of Appeals of Alabama.   May 21, 1929.

BRICKEN, P. J.   Appellant was tried by the court, without a jury, for the offense of violating the prohibition law.   He was convicted and duly sentenced to hard labor for the county.   From the judgment of conviction pronounced and entered, this appeal was taken.

There are no points of decision for determination by this court.   The record proper, upon which the appeal rests, is regular in all things.   Let the judgment appealed from stand affirmed.

Affirmed.

---

(125 So. 928)

**Dodson WILLIAMS v. STATE   (3 Div. 656.)**

Court of Appeals of Alabama.   Jan. 21, 1930.

BRICKEN, P. J.   From a judgment of conviction for distilling, etc., prohibited liquors, and for the possession of a still, etc., to be used for that purpose, this appeal was taken.

The judgment of conviction referred to will stand affirmed, as pronounced and entered, as there is no error of a reversible nature apparent upon the record, and upon the record this appeal is based.

Affirmed.

---

(125 So. 928)

**Emmitt WILLIAMS v. STATE.   (6 Div. 671.)**

Court of Appeals of Alabama.   Jan. 27, 1930.

PER CURIAM.   Appeal dismissed.

---

(122 So. 927)

**Ernest WILLIAMS v. STATE.   (7 Div. 447.)**

Court of Appeals of Alabama.   April 16, 1929.

Rehearing Denied May 7, 1929.

SAMFORD, J.   Affirmed.

---

(121 So. 927)

**John WILLIAMS v. STATE.   (4 Div. 497.)**

Court of Appeals of Alabama.   April 16, 1929.

SAMFORD, J.   Affirmed.

---

(125 So. 928)

**Matthew WILLIAMS v. STATE.   (6 Div. 763.)**

Court of Appeals of Alabama.   Jan. 24, 1930.

PER CURIAM.   Appeal dismissed by appellant.